IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FRANKLIN RUPERT                                                                 PLAINTIFF

V.                                                               CIVIL CAUSE NO. 1:24-cv-190-MPM-DAS

AMANDA PATTERSON
AND MACK WALL                                                                   DEFENDANTS

ORDER

The plaintiff Franklin Rupert, proceeding *pro se*, filed a Complaint for Employment

Discrimination against the defendants Amanda Patterson and Mack Wall on October 21, 2024,

and simultaneously filed a motion to proceed *in forma pauperis* [1,2]. On November 20, 2024,

the Court ordered the plaintiff to show cause as to why his Complaint should not be dismissed

for failure to state a claim on which relief may be granted and/or for lack of subject-matter

jurisdiction [4]. Presumably in response to the Court's Show Cause Order, the plaintiff

submitted a motion to dismiss [5]. Accordingly, the Court will construe the plaintiff's motion as

notice of voluntary dismissal, and this action is dismissed without prejudice under Federal Rule

of Civil Procedure 41(a). This case is closed.

SO ORDERED, this the 6th day of January, 2025.


                                        /s/Michael P. Mills
                                        UNITED STATES DISTRICT JUDGE
                                        NORTHERN DISTRICT OF MISSISSIPPI